# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| CARRAN PROPERTIES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 04-1741C |
| v. | * | |
| | * | Filed: April 12, 2005 |
| THE UNITED STATES, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## O R D E R

The parties' joint motion , filed on March 31, 2005, for a Stay of Proceedings in the above case is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims